# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130684

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD TYREE RICHARDSON,
      Defendant-Appellant.

SC: 130684
COA: 267383
Wayne CC: 04-009554-01

_____/

      On order of the Court, the application for leave to appeal the January 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

s0619

_____
Clerk